

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-18-00630-CR

Kevin Apolinar **JOHNS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2451
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant filed a notice of appeal in each of these appeals. In appeal number 04-18-00629-CR, appellant is appealing the trial court's judgment in trial court cause number 2017CR2450 sentencing appellant to fifteen years' imprisonment in accordance with a plea bargain agreement; however, the trial court's certification states "matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal." The plea bargain agreement states that trial court cause number 2017CR2451 was taken into consideration.

In appeal number 04-18-00630-CR, appellant appears to be appealing the trial court's order dismissing the underlying trial court cause number 2017CR2451. The clerk's record does not, however, contain a trial court's certification. Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that appeal number 04-18-00630-CR will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes a trial court certification to be filed by October 23, 2018, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d).

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court